UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:23-cv-02861-RC-RMM |
| v. | ) Judge Rudolph Contreras |
| JOHN DOE subscriber assigned IP address 108.31.189.8, | ) |
|     Defendant. | ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.31.189.8, are voluntarily dismissed with prejudice.

Dated: November 27, 2023        Respectfully submitted,

    By: /s/ *Jacqueline M. James*
    Jacqueline M. James, Esq. (CT29991)
    The James Law Firm, PLLC
    445 Hamilton Avenue
    Suite 1102
    White Plains, New York 10601
    T: 914-358-6423
    F: 914-358-6424
    E-mail: jjames@jacquelinejameslaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Jacqueline M. James*
                                        Jacqueline M. James, Esq.